UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

v.

TASHA HILLIARD,

        Defendant.
_____

24-CR-7-LJV-MJR
DECISION & ORDER



1.     On April 3, 2024, the defendant, Tasha Hilliard, pleaded guilty to Count 1 of the Information charging a violation of Title 18, United States Code, Section 371 (conspiracy to commit marriage fraud).  Docket Item 49.

2.     On April 3, 2024, the Honorable Michael J. Roemer, United States Magistrate Judge, filed a Report & Recommendation recommending that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty. Docket Item 51.

3.     This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

4.     This Court has carefully reviewed *de novo* Judge Roemer's Report & Recommendation (Docket Item 51), the plea agreement (Docket Item 65), the information (Docket Item 48), a transcript of the plea proceeding (Docket Item 52), and the applicable law.  This Court finds no legal or factual error in Judge Roemer's Report & Recommendation and therefore adopts Judge Roemer's recommendation that the

defendant's plea of guilty be accepted and that the defendant be adjudged guilty of Count 1 of the information.

IT IS HEREBY ORDERED that this Court adopts Judge Roemer's April 3, 2024 Report & Recommendation, Docket Item 51, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's plea of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Tasha Hilliard is now adjudged guilty under Title 18, United States Code, Section 371.

SO ORDERED.

Dated:   July ___, 2024
         Buffalo, New York

_____
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE